# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JORGE L. NIEBLA,

    Plaintiff,

v.  CASE NO. 5:05cv210-RH/WCS

D. RUSS,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 7), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "This action is DISMISSED without prejudice." The clerk shall close the file.

2. The clerk shall provide a copy of this order to the United States Attorney for this district for such consideration of plaintiff's original complaint, if any, as he

Simply:

---

---

may deem appropriate.

      SO ORDERED this 8th day of February, 2006.

                          <u>s/Robert L. Hinkle</u>
                          Chief United States District Judge